FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2003 JAN -9  P 4 30

AT BALTIMORE

_____ DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

STACEY A. SMITH, )
)
Plaintiff, )
)
v. ) Civil Action No.: MGJ-02-3257
)
UNITED STATES OF AMERICA, et al. )
)
Defendants. )

### ORDER

For the reasons set forth in the Consent Motion for Enlargement of Time filed by Cross-Defendant the United States of America, it is this ___9th___ day of January, 2003,

ORDERED, that the time for filing a response to the Cross-Complaint filed by Defendants/Cross-Plaintiffs Legion Properties and the Loughlin Management Group be ENLARGED to no later than February 10, 2003.

_____
The Honorable Marvin J. Garbis
United States District Judge