# In the United States District Court
# For the District of Maryland

| | |
|---|---|
| Stacey A. Smith, | * |
| Plaintiff | * |
| v. | *    Case No.: MJG-02-CV 3257 |
| United States of America, et al., | * |
| Defendants | * |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## STIPULATION OF DISMISSAL WITH PREJUDICE

M. CLERK:

    By agreement of all parties please enter as dismissed with prejudice, Plaintiff Stacey A. Smith's Complaint and Defendant/Third-Party Plaintiffs Legion Properties, LLC and the Loughlin Management Group, Inc.'s Third-Party Complaint against Defendant/Third-Party Defendant Timothy D. Stevens.

_/s/ Ariana Wright Arnold_
Ariana Wright Arnold, Esquire
United States Attorney, District of
  Maryland
6625 United States Courthouse
101 West Lombard Street
Baltimore, Maryland 21201
Attorney for United States of
  America

_/s/ Eric N. Schloss_
Eric N. Schloss, Esquire
Gordon, Feinblatt, Rothman,
Hoffberger & Hollander, LLC
The Garrett Building
233 East Redwood Street
Baltimore, Maryland 21202
Attorneys for Plaintiff

_/s/ Janet M. Truhe_
Janet M. Truhe, Esquire
Miller & Truhe, LLC
196 East Main Street
Westminster, Maryland 21157
Attorneys for Legion Properties, LLC
and the Loughlin Management Group,
  Inc.

_/s/ James X. Crogan_
James X. Crogan, Esquire
McNamara, Fizer & Dent
The B&O Building, Suite 310
[kma1]2 North Charles Street
Baltimore, Maryland 21201-3725
(410) 539-7990
Attorneys for Timothy D. Stevens

## CERTIFICATE OF SERVICE

I hereby certify that on the ___24___ day of ___July___, 2003, a copy of the foregoing Stipulation of Dismissal was mailed, postage prepaid, to:

Ariana Wright Arnold, Esquire
United States Attorney, District of
 Maryland
6625 United States Courthouse
101 West Lombard Street
Baltimore, Maryland 21201
Attorney for United States of
 America

Thomas X. Glancy, Jr., Esquire
Eric N. Schloss, Esquire
Gordon, Feinblatt, Rothman,
Hoffberger & Hollander, LLC
The Garrett Building
233 East Redwood Street
Baltimore, Maryland 21202
Attorneys for Plaintiff

Janet M. Truhe, Esquire
Miller & Truhe, LLC
196 East Main Street
Westminster, Maryland 21157
Attorneys for Legion Properties, LLC
and the Loughlin Management Group,
 Inc.

_____
James X. Crogan, Esquire

3